# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| STEVE MAPP, | * |
| Plaintiff, | * CIVIL ACTION NO.: 5:16-cv-56 |
| v. | * |
| WARDEN DOUG WILLIAMS; MRS. YARBROUGH; WARDEN GRAMIAK; and EDWINA JOHNSON, | * |
| Defendants. | * |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's November 1, 2016, Report and Recommendation, (dkt. no. 11), to which Plaintiff filed Objections, (dkt. no. 13). Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections.

The Court **DISMISSES** Plaintiff's claims against Defendants Gramiak and Johnson **without prejudice** and **DISMISSES** Plaintiff's monetary damages claims against Defendants Williams and Yarbrough in their official capacities. Plaintiff's deliberate indifference claims against Defendants Williams and Yarbrough

remain pending, as set forth in the Magistrate Judge's Order dated November 1, 2016. (Dkt. No. 12.)

**SO ORDERED**, this 19 day of December, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA